UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

VICTORIANO TAVAREZ, Individually, and
On Behalf of All Others Similarly Situated,

                      Plaintiff,

vs.

BOXFOX INC.,

                      Defendant.

---------------------------------------------------------- x

Case No. 1:21-cv-09954-JMF

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

**IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: February 22, 2022        **MIZRAHI KROUB LLP**

*(signature)*

JOSEPH H. MIZRAHI
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
jmizrahi@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

DATED: February 23, 2022

WINTHROP & WEINSTINE, P.A.

*[signature]*

DEVON CHARLES HOLSTAD
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
612-604-6400
Email: dholstad@winthrop.com

*Attorney for Defendant*

The Clerk of Court is directed to close the case.
SO ORDERED:

*[signature]*

JUDGE, U.S. District Court
Southern District of New York

March 9, 2022

2